**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DEERFIELD LUXURY AUTOMOTIVE,
LLC, d/b/a KING GENESIS, for itself
and in the name of the Department of
Highway Safety and Motor Vehicles of
the State of Florida, for its use and
benefit,

           Plaintiff,                    Case No. 6:25-cv-01309-WWB-LHP

        v.

GENESIS MOTOR AMERICA, LLC

           Defendant.

_____ /

**<u>NOTICE OF PENDENCY OF OTHER ACTIONS</u>**

In accordance with Local Rule 1.07, I certify that the instant action :

   X      IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

        *Deerfield Automotive, LLC, d/b/a King Hyundai, for itself and in the name of the Department of Highway Safety and Motor Vehicles of the State of Florida, for its use and benefit v. Hyundai Motor America Corporation*, No. 6:25-cv-01307-PGB-LHP (M.D. Fla.).

   _____     IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: July 18, 2025

                              */s/ Hans H. Hertell*

1

Hans H. Hertell
Florida Bar No. 71969
HOGAN LOVELLS US LLP
600 Brickell Ave., Suite 2700
Miami, FL 33131
Tel: (305) 459-6500
Fax: (305) 459-6550
hans.hertell@hoganlovells.com

*Counsel for Defendant Genesis Motor
America LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Service of this filing will be made on all ECF-registered counsel/parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Hans H. Hertell*
Hans H. Hertell
Florida Bar No. 71969
HOGAN LOVELLS US LLP
600 Brickell Ave., Suite 2700
Miami, FL 33131
Tel: (305) 459-6500
Fax: (305) 459-6550
hans.hertell@hoganlovells.com

*Counsel for Defendant Genesis Motor
America LLC*
